UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| (1) THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation, and<br>(2) ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>(1) ABACUS SOFTWARE INC., a Michigan corporation, et al.,<br><br>          Defendants. | Case No. 5:01-CV-00344<br><br>HON. DAVID J. FOLSOM<br>U.S. District Judge<br><br>HON. CAROLINE M. CRAVEN<br>U.S. Magistrate Judge |

## FINAL JUDGMENT OF NON-INFRINGEMENT

The Court, having considered the forgoing stipulations of the parties, and expressly adopting these stipulations in this Final Judgment, hereby ORDERS, ADJUDGES AND DECREES:

1. That the Accused Products do not infringe Claim 1 of the MIT Patent literally or under the doctrine of equivalents for the reasons set forth in the stipulations;

2. That Microsoft's counterclaims in this action are hereby dismissed without prejudice;

3. That Microsoft reserves all rights in its counterclaims and defenses, and Plaintiffs reserve all rights in their defenses to Microsoft's counterclaims;

3. That the parties shall bear their own fees and costs; and,

4. That this action is otherwise dismissed with prejudice.

IT IS SO ORDERED.

SIGNED this 10th day of December, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE